```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03018
   BRYAN L PATRICK
   REBECCA D PATRICK                      CHAPTER 13

                                          JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-8028    SSN XXX-XX-6152
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 02/11/08 and confirmed on 04/18/08.

   2. The case was dismissed after confirmation, 11/07/2008.

   3. The Debtor paid a total of $   4108.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 2060.78 | .00 | 2060.78 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| IRWIN HOME EQUITY | MORTGAGE ARRE | 6159.98 | .00 | 308.96 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN HONDA FINANCE C | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

   Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8220.76 | .00 | .00 | .00 | 8220.76 |
| PRINCIPAL PAID | 2369.74 | .00 | .00 | .00 | 2369.74 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2369.74 | .00 | .00 | .00 | 2369.74 |

The Debtor's attorney, STUART B HANDELMAN              , was allowed $   3500.00 and was paid $    2000.00   direct and $    1500.00   through the plan.

The Trustee received $    238.26 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                     /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE